Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022

troutman.com

**troutman
pepper**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/13/2023_

**Ahmed H. Khattab**
D 212.704.6000
ahmed.khattab@troutman.com

July 13, 2023

**VIA ECF**
Hon. J. Paul Oetken, U.S.D.J.
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED IN PART. The Initial
Pretrial Conference before Magistrate Judge
Aaron is adjourned to September 18, 2023 at
11:00 a.m. SO ORDERED.
Dated: July 13, 2023

Re:   *Matthew Weiss v. Yotta Technologies, Inc.*
      Civil Action No.:  **1:22-cv-08569-JPO**

Dear Judge Oetken,

This firm represents Defendant Yotta Technologies, Inc. ("Yotta") in the above-referenced action.  The undersigned respectfully submits this Letter Motion requesting an adjournment of the presently scheduled August 16, 2023 Initial Pre-Trial Conference for 30 days to September 15, 2023. Counsel will be out of the country getting married and will not be available for the August 16, 2023 Initial Pre-Trail Conference date nor is coverage available.

This is the first requested adjournment and opposing counsel has consented to this adjournment request.

Thank you for your consideration.

Respectfully,

*/s/ Ahmed H. Khattab*
Ahmed H. Khattab

cc:   Counsel of Record (via ECF)

159787150v1