```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2023
```

# RAYMOND NARDO, P.C.

A‌TTORNEY A‌T L‌AW

129 T‌HIRD S‌TREET, M‌INEOLA, NY **11501**

P‌HONE: **(516)248-2121** | F‌AX: **(516)742-7675** | E‌MAIL: **raymondnardo@gmail.com**

September 8, 2023

BY ECF

Magistrate Judge Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007

> Application GRANTED. The Initial Pretrial Conference is adjourned until September 19, 2023 at 2:00 p.m. SO ORDERED.
> Dated: September 11, 2023

      Re:  *Weiss v. Yotta Technologies, Inc.*
           (22-CV-8569)

Dear Judge Aaron,

I represent the Plaintiff in the above matter. The initial pretrial conference was adjourned to September 18, 2023 at 11:00am. However, I am scheduled to lecture to the Federal Judicial Conference at that same time. Further, Plaintiff has filed another motion to dismiss Defendant's amended counterclaims, which will not likely be resolved by that time.

Consequently, Plaintiff requests that the Court adjourn the initial pretrial conference scheduled for September 18, 2023. There was one prior request to adjourn this conference. Counsel for Defendant consents to this application.

Thank you for your consideration and cooperation.

Respectfully submitted,

RAYMOND NARDO, ESQ.

RN:rn
Enc.
cc:    Ahmed Hassan Khattab**,** Esq., Troutman Pepper Hamilton Sanders LLP (by ECF)