USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2023

# RAYMOND NARDO, P.C.

A T T O R N E Y  A T  L A W

129 THIRD STREET, MINEOLA, NY 11501

PHONE: (516)248-2121 | FAX: (516)742-7675 | EMAIL: raymondnardo@gmail.com

September 15, 2023

BY ECF

Magistrate Judge Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007

> Application GRANTED. The Initial Pretrial Conference scheduled for September 19, 2023 is adjourned *sine die*.
> SO ORDERED.
> Dated: September 15, 2023

Re:  *Weiss v. Yotta Technologies, Inc.*
     (22-CV-8569)

Dear Judge Aaron,

I represent the Plaintiff in the above matter. Unfortunately, I have to make a motion to withdraw from this matter. As a result, I cannot, in good faith, complete a Report of the Rule 26(f) meeting and proposed case management plan. I have filed a letter motion, which is pending before the District Judge, to stay this action, and file a letter motion to withdraw under seal. It would prejudice my client for me to make any decisions on his behalf since I cannot continue to represent him.

I apologize for any inconvenience, but I do not believe that I can ethically complete the Rule 26(f) Case Management Plan. I would also ask that the Conference scheduled for September 19, 2023 be adjourned until the outcome of the motion to withdraw, for the reasons set forth herein.

Thank you for your consideration and cooperation.

Respectfully submitted,

RAYMOND NARDO, ESQ.

RN:rn
Enc.
cc:     Ahmed Hassan Khattab, Esq., Troutman Pepper Hamilton Sanders LLP (by ECF)