UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW WEISS,

                Plaintiff,

-v-

YOTTA TECHNOLOGIES, INC.,

                Defendant.

22-CV-8569 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Counsel for the Plaintiff, Counsel for Defendant, and Plaintiff Matthew Weiss are directed to appear for a hearing on the motion for sanctions pursuant to Fed. R. Civ. P. 11(c)(2) (ECF No. 65) on April 22, 2024, at 2:00 p.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: April 2, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge