UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW WEISS,

                    Plaintiff,

-v-

YOTTA TECHNOLOGIES, INC.,

                    Defendant.

22-CV-8569 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On May 22, 2025, *pro se* plaintiff Matthew Weiss filed a notice of appeal of the Court's April 22, 2025 Opinion and Order, as well as an application to proceed in forma pauperis on appeal (ECF No. 94). The Court certifies that no appeal of the April 22, 2025 Opinion and Order would be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Accordingly, the application to proceed in forma pauperis is DENIED.

The Clerk of Court is directed to mail a copy of this Order to Matthew Weiss at the following addresses:

    Mr. Matthew Weiss
    3240 Solstice Drive #114
    Kissimmee, FL 34746

    Mr. Matthew Weiss
    11 Gregory Drive
    Ronkonkoma, NY 11779

    SO ORDERED.

Dated: May 28, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge