UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW WEISS,<br><br>                    Plaintiff,<br><br>            -v-<br><br>YOTTA TECHNOLOGIES, INC.,<br><br>                    Defendant. | 22-CV-8569 (JPO)<br><br>ORDER |

J. PAUL OETKEN, United States District Judge:

The Clerk of Court is hereby directed to enter judgment on the sanctions awarded by this Court in its April 22, 2025 Opinion and Order (ECF No. 93) against Plaintiff Matthew S. Weiss, and in favor of Defendant Yotta Technologies, Inc., in the amount of $53,365.67.

Following the expiration of 30 days, Defendant may obtain a writ of execution directly from the Clerk of Court.

The Clerk of Court is directed to terminate the motion at ECF No. 98.

SO ORDERED.

Dated:   August 1, 2025
         New York, New York

_____
J. PAUL OETKEN
United States District Judge