**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MATTHEW WEISS,

                Plaintiff,

-against-                            22 **CIVIL** 8569 (JPO)

**JUDGMENT**

YOTTA TECHNOLOGIES, INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 1, 2025, judgment is entered on the sanctions awarded by this Court in its April 22, 2025 Opinion and Order (ECF No. 93) against Plaintiff Matthew S. Weiss, and in favor of Defendant Yotta Technologies, Inc., in the amount of $53,365.67. Following the expiration of 30 days, Defendant may obtain a writ of execution directly from the Clerk of Court.

**Dated:**  New York, New York

       August 1, 2025

                                                   **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

                           **BY:**      *K. Mango*

                                                     **Deputy Clerk**