UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW WEISS,

                    Plaintiff,

      -v-

YOTTA TECHNOLOGIES, INC.,

                    Defendant.

22-CV-8569 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court is in receipt of Plaintiff's motion requesting that the undersigned recuse from this action. (ECF No. 102.) Because this case is currently closed, it is not pending before the Court. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994) (holding that once a court enters judgment in a case, it generally loses jurisdiction to take further action in the matter unless it has expressly retained jurisdiction). Accordingly, the motion for recusal is denied without prejudice to renewal should the case return to this Court.

The Clerk of Court is directed to close the motion at ECF No. 102.

SO ORDERED.

Dated: March 6, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge